UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                          Case No. 24-30252
                                            Originating No. 23CR79

CHRISTOPHER J. POOLE

        Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **CHRISTOPHER J. POOLE** to answer charges pending in another federal district, and states:

1. On **July 3, 2024**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Eastern District of Kentucky based on an Indictment. The defendant is charged in that district with violating 21 USC Section 841(a)(1) – Distribution of**

**Fentanyl, Distribution of Acetyl Fentanyl and Possession with Intent to Distribute Fentanyl.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Dawn N. Ison
United States Attorney


*s/ Nicholas McIntyre*
NICHOLAS MCINTYRE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: July 3, 2024